223 So.2d 867

**MARYLAND CASUALTY COMPANY**

**v.**

**Ralph COWAN.**

No. 49790.

June 27, 1969.

In re: Ralph Cowan applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Acadia. 219 So.2d 530.

Writ refused. On the facts found by the Court of Appeal its judgment is correct. See Maryland Casualty Company v. Liberty Mutual Ins. Co., 224 So.2d 465.

223 So.2d 867

**Robert B. PRENTICE et al.**

**v.**

**AMAX PETROLEUM CORPORATION et al.**

No. 49868.

June 27, 1969.

In re: Amax Petroleum Corporation and R. B. Mitchell applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Assumption. 220 So.2d 783.

Writs denied. According to the facts as found by the Court of Appeal there is no merit to any of the assignments of error.